UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE

LAWYER DISCIPLINARY BOARD,

Petitioner,

v.

Misc. No.: 2:11-MC-0126

RICHARD G. SOLOMON,
a member of The West Virginia State Bar,

Respondent.

## ATTORNEY REMOVAL ORDER

This Court has been notified by the Supreme Court of Appeals of West Virginia that the license to practice law in the State of West Virginia of **Richard G. Solomon**, a member of The West Virginia State Bar, has been annulled effective by Order entered October 6, 2011, a copy of which is attached hereto and made a part hereof.

**IT IS ORDERED** that the District Court records be amended to reflect the disciplinary action and that **Richard G. Solomon** is barred from appearances in this Court.

The Clerk is further **ORDERED** to remove **Richard G. Solomon** from the list of attorneys admitted to practice in the District Court.

The Clerk is directed to send a certified copy of this order to **Richard G. Solomon** at his last known address of 3280 Urbana Pike Ste 105, Ijamsville, MD 21754, and to each divisional Clerk's Office in this District.

ENTER: October 21, 2011

Joseph R. Goodwin, Chief Judge